**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS & ST. JOHN**

UNITED STATES OF AMERICA,

v.

JOSE MEJIAS FEBLES,

Defendant.

CRIMINAL COMPLAINT

MAGISTRATE NUMBER 12-_10_

*RECEIVED 2012 APR -3 AM 11:04 CLERK OF THE DISTRICT COURT ST. THOMAS, V.I.*

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about April 2, 2012, at St. Thomas, District of the Virgin Islands, the defendant, Jose Mejias Febles, did possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance and did possess the same controlled substance onboard an aircraft;

In violation of Title 21, United States Code, Section 841(a)(1) and 955.

I further state that I am a Customs and Border Protection Officer with the United States Department of Homeland Security, and that this complaint is based on the following:

SEE ATTACHED AFFIDAVIT, INCORPORATED HEREIN BY REFERENCE.

Continued on the attached sheet and made a part hereof: _X_ YES ___ NO

_____
Jason Allen, Secondary Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence.

April _3_, 2012 at St. Thomas, U.S. Virgin Islands

Ruth Miller
United States Magistrate Judge